**FILED**

08/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0235

_____

JEFF GOTTLOB, ELAINE MITCHELL, JAMES
CHILDRESS, AND ALL OTHERS SIMILARLY
SITUATED,

      Plaintiffs and Appellees,

   v.

MICHAEL DESROSIER, RON RIDES AT THE
DOOR, TOM MCKAY, JOHN OVERCAST,         O R D E R
MARY JO BREMNER, and GLACIER COUNTY,

      Defendants and Appellants,

MONTANA ASSOCIATION OF COUNTIES and
MONTANA ASSOCIATION OF COUNTIES
PROPERTY & CASUALTY TRUST,

      Defendants.

_____

     Upon consideration of Appellants' motion for extension, and good cause appearing,

     IT IS HEREBY ORDERED that the Appellants are given an extension of time until October 1, 2024, to prepare, file, and serve the Appellants' reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2024